THIS ORDER IS APPROVED.

Dated: October 22, 2009



_____
**JAMES M. MARLAR**
Chief Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20790/1740665

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Blonzetta Shannon<br>　　　　Debtor.<br>_____<br>Mortgage Electronic Registration Systems, Inc., as nominee for Citimortgage, Inc.<br>　　　　Movant,<br>　　vs.<br><br>Blonzetta Shannon, Debtor, Dianne C. Kerns, Trustee.<br><br>　　　　Respondents. | No. 4:07-bk-01347-JMM<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #47) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 16, 2001 and recorded in the office of the Cook County Recorder wherein Mortgage Electronic Registration Systems, Inc., as nominee for Citimortgage, Inc. is the current beneficiary and Blonzetta Shannon has an interest in, further described as:

> Lots 8 and 9 in Block 51 in HILLS'S ADDITION to South Chicago, in the Southwest 1/4 of section 31 township 3b North range 15 East of the third principal meridian, in Cook County Illinois.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT